# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Thijin Kueth,

    Defendant.

Case No. MJ19-433

**DETENTION ORDER**

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1)    Defendant has been charged by indictment with two counts of user in possession of ammunition out of the District of Nebraska – Omaha. On December 10th, of 2018, Judge Donohue released the defendant on bond. On April 24th, of 2019, the defendant appeared before Judge Tsuchida on allegations of pretrial bond violations. Judge Tsuchida updated the bond conditions to address substance abuse concerns and the defendant was released. On this date, the

DETENTION ORDER - 1

defendant appears with additional alleged bond violations, specifically failed UA's showing use of alcohol. The defendant has a history of failures to appear and the current allegations of pretrial bond violations. The Court received information about defendant's personal history, residence, family, community ties, employment, financial status, health and substance use. The defendant through his attorney made argument for release and in-patient treatment.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 17th day of September, 2019.

PAULA L. MCCANDLIS
United States Magistrate Judge